

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Amber Jean Long, Appellant

No. 06-19-00050-CR      v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F14927). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and the bill of costs by deleting the assessment of attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Amber Jean Long, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 4, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk